MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: damali.taylor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JOHN LEE HUDSON, <br>     Defendant. | No. CR 3-11-0515 EMC <br><br> STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

      The parties appeared before the Court in this matter on September 21, 2011 for an initial status conference. Assistant United States Attorney Damali Taylor appeared on behalf of the United States. Randy Sue Pollock, Esq., appeared on behalf of the defendant, JOHN LEE HUDSON, who was present and out of custody.

      During the September 21, 2011 hearing, the government informed the Court that it had recently provided defense counsel with a substantial amount of discovery. Defense counsel requested a future date of November 4, 2011 in order to provide the defense with sufficient time to review the discovery provided by the government. Defense counsel further requested that, in order to review the discovery and to conduct investigation necessary to effectively prepare defendant for either trial or resolution, time be excluded under the Speedy Trial Act between

STIPULATION & [PROPOSED] ORDER
CR 3-11-0515 EMC

1  September 21, 2011 and November 4, 2011, the newly scheduled date for further status
2  conference.  Defense counsel represented that additional time is necessary to review the
3  evidence and investigate the case, and that doing so is in the best interests of the defendant.  The
4  government had no objection to the November 4, 2011 date, and the Court found good cause for
5  the exclusion of time.  The matter was continued to November 4, 2011 for the purpose of further
6  status conference.
7       The government also had no objection to excluding time and the parties stipulated to an
8  exclusion of time from September 21, 2011 to November 4, 2011.  The parties agree that the
9  ends of justice served by granting such an exclusion of time outweigh the best interests of the
10 public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court made findings
11 consistent with the parties' agreement.

13 SO STIPULATED:

                                          MELINDA HAAG
                                          United States Attorney

   DATED: September 26, 2011                    /s/
                                          DAMALI A. TAYLOR
                                          Assistant United States Attorney


   DATED: September 26, 2011                    /s/
                                          RANDY SUE POLLOCK
                                          Counsel for the Defendant

STIPULATION & [PROPOSED] ORDER
CR 3-11-0515 EMC                          2

[PROP~~OS~~ED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the matter be continued from September 21, 2011 to November 4, 2011, at 2:30 p.m. for further status conference before the Honorable Edward M. Chen. The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time from September 21, 2011 to November 4, 2011, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by excluding the period from September 21, 2011 to November 4, 2011, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: 9/28/11

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" with signature of Judge Edward M. Chen)*

STIPULATION & [PROPOSED] ORDER
CR 3-11-0515 EMC                              3