RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
JOHN LEE HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.  **11-0515-EMC (NMC)** |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE-SETTING STATUS CONFERENCE AND DOCUMENTING EXCLUSION OF TIME _____** |
| JOHN LEE HUDSON | |
| Defendant | |

_____/

Randy Sue Pollock, counsel for John Lee Hudson, and Damali Taylor, Assistant
United States Attorney , hereby stipulate to continue the ~~pretrial~~ status conference presently set
for November 3, 2011 to December 14, 2011 at 2:30 p.m.  This continuance is based on
defense counsel's appearance in federal court in Sacramento on November 3rd at 2 p.m.
[*United States vs. Stewart, et al, CR. 11-454-GEB*].  Additionally, government counsel is
going to be providing the defense with additional discovery to review in addition to the
recent 1500 text messages which will require the need for additional time..

Based on these facts, the parties believe that the public interest in the prompt
disposition of criminal cases, continuing the status conference from November 3, 2011 to
December 14, 2011 is necessary for effective preparation of counsel as well as continuity

of counsel.  18 U.S.C. Section 3161(h)(7)(B)(iv).

Given these circumstances, the Court shall find that the ends of justice served by excluding the period of time from November 3, 2011 to December 14, 2011 outweigh the best interest of the public and the defendant in a speed trial.   18 U.S.C. Section 3161(h)(7)(A).

Accordingly, and with the consent of the defendant, the Court orders that the period from November 3, 2011 to December 14, 2011, be excluded from Speedy Trial calculations under 18 U.S.C. Sections 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Date:   November 1, 2011                     _____/s/_____

RANDY SUE POLLOCK
Counsel for Defendant
John Lee Hudson

Date:   November 1, 2011                     _____/s/_____

DAMALI TAYLOR
Assistant United States Attorney

SO ORDERED:

Date:   November__2__, 2011

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2