1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  JOHN LEE HUDSON

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              –ooo–

11
   UNITED STATES OF AMERICA,
12                                           CR. **11-0515-EMC**
            Plaintiff,
13
   vs.                                       **STIPULATION AND [P**~~ROPOS~~**ED]**
14                                           **ORDER RE-SETTING STATUS**
                                             **CONFERENCE AND**
15 JOHN LEE HUDSON                           **DOCUMENTING EXCLUSION OF**
                                             **TIME** _____
16          Defendant

17  _____/

18
        Randy Sue Pollock, counsel for John Lee Hudson, and Damali A.Taylor, Assistant
19
   United States Attorney , hereby stipulate to continue the pretrial conference presently set
20
   for December 14, 2011 to January 25, 2012 at 2:30 p.m.  This continuance is based on
21
   defense counsel's need for additional time to review the 1500 text messages which were
22
   provided in discovery.
23
        Based on these facts, the parties believe that the public interest in the prompt
24
   disposition of criminal cases, continuing the status conference from December 14, 2011
25
   to January 25, 2012 is necessary for effective preparation of counsel as well as continuity
26
   of counsel.  18 U.S.C. Section 3161(h)(7)(B)(iv).
27

28

1     Given these circumstances, the Court shall find that the ends of justice served by
2 excluding the period of time from December 14, 2011 to January 25, 2012 outweigh the
3 best interest of the public and the defendant in a speed trial.   18 U.S.C. Section
4 3161(h)(7)(A).
5     Accordingly, and with the consent of the defendant, the Court orders that the
6 period from December 14, 2011 to January 25, 2012 be excluded from Speedy Trial
7 calculations under 18 U.S.C. Sections 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

9 SO STIPULATED.

11 Date:  December 10, 2011           _____/s/_____
12           RANDY SUE POLLOCK
          Counsel for Defendant
13           John Lee Hudson

15 Date:  December 10, 2011           _____/s/_____
          DAMALI A.TAYLOR
16           Assistant United States Attorney

19 SO ORDERED:
20 Date:  December 12, 2011
21           _____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]