1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  JOHN LEE HUDSON

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                           –ooo–

11 UNITED STATES OF AMERICA,
                                          CR. **11-0515-EMC**
12        Plaintiff,

13 vs.
                                          **STIPULATION AND [PROPOSED]**
14                                        **ORDER CONTINUING  STATUS**
                                          **CONFERENCE AND**
15 JOHN LEE HUDSON                        **DOCUMENTING EXCLUSION OF**
                                          **TIME**
16        Defendant                       _____

17 _____/

18
        Randy Sue Pollock, counsel for John Lee Hudson, and Damali A.Taylor, Assistant
19
   United States Attorney , hereby stipulate to continue the ~~pretrial~~ status conference presently set
20
   for January 25, 2012 at 2:30 p.m to February 15, 2012 at 2:30 p.m..   Counsel needs
21
   additional time to discuss a disposition with the government as well as to meet and confer
22
   with her client regarding the discovery in this case.  Defense counsel will be out of the
23
   country from February 2-7.
24
   ///
25
   ///
26
   ///
27
   ///
28

1    Based on these facts, the parties believe that the public interest in the prompt
2 disposition of criminal cases, continuing the status conference from January 25, 2012 to
3 February 15, 2012 is necessary for effective preparation of counsel as well as continuity
4 of counsel.  18 U.S.C. Section 3161(h)(7)(B)(iv).
5    Given these circumstances, the Court shall find that the ends of justice served by
6 excluding the period of time from January 25, 2012 to February 15, 2012 outweigh the
7 best interest of the public and the defendant in a speed trial.   18 U.S.C. Section
8 3161(h)(7)(A).
9    Accordingly, and with the consent of the defendant, the Court orders that the
10 period from January 25, 2012 to February 15, 2012 be excluded from Speedy Trial
11 calculations under 18 U.S.C. Sections 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

13 SO STIPULATED.

15 Date:   January 17, 2012                              _____/s/_____
16                                                      RANDY SUE POLLOCK
                                                        Counsel for Defendant
17                                                      John Lee Hudson

19 Date:   January 17, 2012                              _____/s/_____
                                                        DAMALI A. TAYLOR
20                                                      Assistant United States Attorney

23 SO ORDERED:
24 Date:   January 24, 2012

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen