RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
JOHN LEE HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN LEE HUDSON<br><br>    Defendant<br>_____/ | CR. **11-0515-EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER RE-SETTING DATE FOR CHANGE OF PLEA AND DOCUMENTING EXCLUSION OF TIME**<br>_____ |

    Randy Sue Pollock, counsel for John Lee Hudson, and Damali A.Taylor, Assistant United States Attorney , hereby stipulate to continue the pretrial conference presently set for February 15, 2012 to March 14, 2012. This continuance is at the request of the defense due to personal issues that the Hudson family are dealing with.

    Based on these facts, the parties believe that the public interest in the prompt disposition of criminal cases, continuing the status conference from February 15, 2012 to March 14, 2012 is necessary for effective preparation of counsel as well as continuity of counsel.  18 U.S.C. Section 3161(h)(7)(B)(iv).

///

///

1    Given these circumstances, the Court shall find that the ends of justice served by
2 excluding the period of time from February 15, 2012 to March 14, 2012 outweigh the best
3 interest of the public and the defendant in a speed trial.   18 U.S.C. Section
4 3161(h)(7)(A).
5    Accordingly, and with the consent of the defendant, the Court orders that the
6 period from February 15, 2012 to March 14, 2012 be excluded from Speedy Trial
7 calculations under 18 U.S.C. Sections 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Date:   February 9, 2012                              _____/s/_____
                                                      RANDY SUE POLLOCK
                                                      Counsel for Defendant
                                                      John Lee Hudson

Date:   February 9, 2012                              _____/s/_____
                                                      DAMALI A. TAYLOR
                                                      Assistant United States Attorney

SO ORDERED:
Date:   February __10__, 2012

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2