1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  JOHN LEE HUDSON

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                                 –ooo–

11 UNITED STATES OF AMERICA,
                                        CR.  **11-0515-EMC**
12         Plaintiff,

13 vs.
                                        **STIPULATION AND [PROPOSED]**
14                                      **ORDER CONTINUING  STATUS**
                                        **CONFERENCE AND**
15 JOHN LEE HUDSON                      **DOCUMENTING EXCLUSION OF**
                                        **TIME**
16         Defendant                    _____
                                      /
17

18
           Randy Sue Pollock, counsel for John Lee Hudson, and Damali A.Taylor, Assistant
19
   United States Attorney , hereby stipulate to continue the date for change of plea that is
20
   presently set for April 4, 2012 at 2:30 p.m to May 2, 2012 at 2:30 p.m..   Counsel needs
21
   additional time to discuss a disposition with the government as well as to meet and confer
22
   with her client regarding the discovery in this case.  Defense counsel will be out of the
23
   office from April 25, 2012 to April 29th.
24
   ///
25
   ///
26
   ///
27
   ///
28

1  Based on these facts, the parties believe that the public interest in the prompt
2  disposition of criminal cases, continuing the status conference from April 4, 2012 to May
3  ~~2~~ 9, 2012 is necessary for effective preparation of counsel as well as continuity of counsel.
4  18 U.S.C. Section 3161(h)(7)(B)(iv).

SO STIPULATED.

Date:  April 1, 2012                            _____/s/_____
                                                RANDY SUE POLLOCK
                                                Counsel for Defendant
                                                John Lee Hudson


Date:  April 1, 2012                            _____/s/_____
                                                DAMALI A. TAYLOR
                                                Assistant United States Attorney


SO ORDERED:   Hearing changed to 5/9/12.

Date:  April __3__, 2012
                                                _____
                                                EDWARD M. CHEN
                                                United States District Court Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

2