RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
JOHN LEE HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOHN LEE HUDSON<br><br>             Defendant<br>_____ / | CR. **11-0515-EMC**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING**<br>**SENTENCING**<br>_____ |

    Randy Sue Pollock, counsel for John Lee Hudson, and Damali A.Taylor, Assistant United States Attorney , hereby stipulate to continue the date for sentencing from August 29, 2012 to October 3, 2012 at 2:30 p.m.   Mr. Hudson's wife cannot be present at the previously set court date and U.S. Probation Officer Sara Black will be on vacation until September 17th.

///

///

///

///

1    Mr. Hudson will remain on Pretrial Supervision.  He is in full compliance with the
2 conditions of his supervision and the parties have no objection to this date.

4 Date:  June 14, 2012                              _____/s/_____
5                                                   RANDY SUE POLLOCK
                                                    Counsel for Defendant
6                                                   John Lee Hudson

8 Date:  June l4, 2012                              _____/s/_____
                                                    DAMALI A.TAYLOR
9                                                   Assistant United States Attorney

12 SO ORDERED:
13 Date:  June __18_, 2012

                                                    IT IS SO ORDERED
                                                    Judge Edward M. Chen
                                                    UNITED STATES DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA