1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  JOHN LEE HUDSON

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                           –ooo–

11 UNITED STATES OF AMERICA,
                                       CR. **11-0515-EMC**
12        Plaintiff,

13 vs.                                  **STIPULATION AND [PROPOSED]**
                                        **ORDER EXTENDING DATE**
14                                      **TO FILE SENTENCING**
                                        **MEMORANDUM**
15 JOHN LEE HUDSON,
                                        _____
16        Defendant.
                              /
17

18       Randy Sue Pollock, counsel for John Lee Hudson, and Damali A. Taylor, Assistant

19 United States Attorney, hereby stipulate to extend the date for the defense to file her

20 sentencing memorandum from September 26th to September 27th.  Counsel did not receive

21 the final PSR until September 19th and she will be out of the office on September 26th due

22 to the Jewish holiday.  She is unable to complete and file the report prior to this date.

23 Date:   September 24, 2012            _____/s/_____

24                                       RANDY SUE POLLOCK
                                         Counsel for Defendant
25                                       John Lee Hudson

26

27 Date:   September 24, 2012            _____/s/_____
                                         DAMALI A. TAYLOR
28                                       Assistant United States Attorney

   Stipulation and Proposed Order Extending Date to File Sentencing Memorandum

SO ORDERED:

Date: September __26__, 2012



EDWARD M. CHEN
United States District Court Judge

Stipulation and Proposed Order Extending Date to File Sentencing Memorandum       2