RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711
pollockesq@aol.com

Attorney for Defendant
JOHN LEE HUDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

JOHN LEE HUDSON

             Defendant

                            /

            **CR.  11-0515-EMC**

            **STIPULATION TO PERMIT
EXTENSION OF DATE FOR
SURRENDER TO SERVE
SENTENCE** ; ORDER
_____

     Randy Sue Pollock, counsel for John Lee Hudson, hereby moves to permit

defendant JOHN LEE HUDSON to extend his date for self-surrender to the Cornell

Correctional Center in San Francisco from December 3, 2012 to January 7, 2013.  This

extension is due to the fact that the Hudson's are moving from their home on December

17th and Mrs. Hudson needs her husband's assistance in completing the move to a new

house.  This will also permit him to spend the holidays with his daughter and his wife.

///

///

///

///

1  Assistant United States Attorney Barbara Silano and Silvio Lugo from the Office of

2  Pretrial Services have no objection to this extension.

3

4  SO STIPULATED.

5

6  Date: November 29, 2012                                    /s/
                                                    _____
7                                                   RANDY SUE POLLOCK
                                                    Counsel for Defendant
8                                                   John Lee Hudson

9
10  Date: November 29, 2012                                   /s/
                                                    _____
                                                    BARBARA SILANO
11                                                  Assistant United States Attorney

12

13

14  SO ORDERED:

15  Date: 11/29, 2012
          ___

16                                          IT IS SO ORDERED        CHEN
                                                                    istrict Court Judge
17

18                                          Judge Edward M. Chen

19

20

21

22

23

24

25

26

27

28